# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL ACTION NO. 3:20-CR-0491-S |
| | § | |
| JOHNATHAN DAVID ORTEGA (1) | § | |

### ORDER ADOPTING REPORT & RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE AND DEFENDANT'S WAIVER OF RIGHT TO OBJECT

The Court referred the Petition for Person Under Supervision [ECF No. 122], to the United States Magistrate Judge to "conduct a hearing on the alleged violations" contained within and "to make findings and a recommendation for modification, revocation, or termination" of Defendant Johnathan David Ortega's term of supervised release. *See* Order [ECF No. 129]. The Court has received the Report and Recommendation ("Recommendation") of the United States Magistrate Judge pursuant to its order. *See* ECF No. 145. Defendant waived his right to object to the Recommendation. *Id.* The Court is of the opinion that the Recommendation is correct.

It is therefore **ORDERED** that the Recommendation is **ADOPTED** as the opinion and findings of the Court. It is further **ORDERED** that Defendant continue on terms of supervised release and, as recommended by the Magistrate Judge, "[a]ttend [Narcotics Anonymous] meetings 3 times a week and find a sponsor." Recommendation 1.

**SO ORDERED.**

SIGNED July 2, 2026.

KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE